**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)**

| | |
|---|---|
| SHANNON WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:25-cv-02154-DJC-CKD<br><br>**ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

The joint motion for an extension of time for Defendant Equifax Information Services, LLC to respond to the complaint is **GRANTED**. Equifax Information Services, LLC shall respond to the complaint on or before **November 21, 2025**. No further extensions will be granted.

IT IS SO ORDERED.

Dated: October 22, 2025         /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 1 –