KYLE SCHUMACHER (BAR #282427)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
P.O. Box 558
Spring Branch, TX 78070
503-482-8137 ph
210-783-1383 fax
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

SHANNON WASHINGTON,

    Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.

Case No.:   2:25-cv-02154-DJC-CKD

**ORDER ON JOINT MOTION TO EXTEND TIME TO FILE DISMISSAL PAPERS**

    The Joint Motion to Extend Time to File Dismissal Papers as to Defendant Equifax Information Services, LLC is **GRANTED**. The parties shall file dispositional documents in accordance with the provisions of E.D. Cal. L.R. 160, or a request for extension of time to do so, within thirty (30) days, including up and through April 10, 2026.

    Is is **SO ORDERED**.

Dated:  March 9, 2026

/s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1