KYLE SCHUMACHER (BAR #282427)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
P.O. Box 558
Spring Branch, TX 78070
503-482-8137 ph
210-783-1383 fax
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| Shannon Washington, <br><br> Plaintiff, <br><br> v. <br><br> Equifax Information Services, LLC, <br><br> Defendant. | CASE NO. 2:25-cv-02154-DJC-CKD <br><br> **ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of Dismissal with Prejudice submitted by Plaintiff Shannon Washington ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax"), this action is hereby dismissed with prejudice. Plaintiff and Equifax shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  March 31, 2026              /s/ Daniel J. Calabretta
                                                      THE HONORABLE DANIEL J. CALABRETTA
                                                      UNITED STATES DISTRICT JUDGE